Imogene Edla WHETSTONE, Plaintiff-Appellant,

v.

MICHIGAN CONSOLIDATED GAS COMPANY, Defendant-Appellee.

No. 14365.

United States Court of Appeals
Sixth Circuit.

April 25, 1961.

Imogene Edla Whetstone, in pro. per.

A. D. Ruegsegger, Dyer, Meek, Ruegsegger & Bullard, Detroit, Mich., for appellee.

Before SIMONS, Senior Circuit Judge, and McALLISTER and WEICK, Circuit Judges.

ORDER.

We find no error in the order of the District Court striking the complaints from the files for noncompliance with Rules 8 and 10 of the Federal Rules of Civil Procedure, 28 U.S.C.A.

Under all the circumstances of the case, we feel that the cause should not have been dismissed with prejudice and that appellant should have been granted leave to file a second amended complaint complying with said rules.

It is therefore ordered that the judgment of the District Court dismissing the cause be vacated and the cause remanded with instructions to grant appellant leave to file her second amended complaint, complying with said rules, within 30 days.

John Albert HATSCHNER

v.

UNITED STATES of America.

No. 6712.

United States Court of Appeals
Tenth Circuit.

April 10, 1961.

No attorney for appellant.

Donald G. Brotzman, U. S. Atty., and D. L. Giacomini, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute the same.